**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 10-1238**

────────────

DEBORAH KOGER,

                    Plaintiff – Appellant,

          v.

C. T. WOODY, in his official capacity as Sheriff, City of
Richmond, Virginia,

                    Defendant – Appellee,

          v.

ROBERT A. DYBING,

                    Movant.

────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate
Judge.  (3:09-cv-00090-MHL)

────────────

Submitted:  September 28, 2010      Decided:  September 30, 2010

────────────

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

────────────

Affirmed by unpublished per curiam opinion.

────────────

Deborah Koger, Appellant Pro Se.  Michael R. Ward, MORRIS &
MORRIS, Richmond, Virginia, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah Koger appeals the magistrate judge's[*] order granting Defendant's summary judgment motion on her retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. See Koger v. Woody, No. 3:09-cv-00090-MHL (E.D. Va. Jan. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

[*] The parties consented to the exercise of the district court's jurisdiction by a magistrate judge, as permitted by 28 U.S.C. § 636(c) (2006).